# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Carrie M. Young*                                      Case No.
                                                            Chapter  *7*

_____ / Debtor

Attorney for Debtor:   **Robert G. Whitley, Jr.**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: _____          **/s/ Carrie M. Young** _____
                                     Debtor

Advanced Eyeplay Dental Group

2241 Theodore Street
Crest Hill, IL  60403

Ashley Furniture/GEMB
345 E. Palatine Road
Arligton Heights, IL  60004

AT&T
PO BOX 8100
Aurora, IL  60507

Automated Collection Services, Inc.
PO Box 17423
Nashville, TN  37217

BANK OF AMERICA
PO BOX 17054
Wilmington, DE  19850

CAC Financial Group
2601 NW Expressway
Suite 1000 East
Oklahoma City, OK  73312-7236

Citbank, NA
399 Park Avenue Frnt 1
New York, New York  10022

Citifinancial Retail Services
PO Box 22060
Tempe, AZ  85285-2060

City of Joliet
150 W. Washington St.
Joliet, IL  60432

Credit Acceptance
PO Box 551888
Detroit, MI  48255-1888

Credit Collection Services
Two Wells Avenue
Newton, MA  02459

Discover Card Services
PO Box 6103
Carol Stream, IL  60197-6103

Fia Card Services
1100 N. King Street
Wilmington, DE  19884

Franklin Collection Services
PO Box 3910
Tupelo, MS  38803-3910

GC Services Unlimited Partners
PO Box 3855
Houston, TX  77253

GE Capital Retail Bank
PO Box 530948
Atlanta, GA  30353-0948

GE Money Bank
PO Box 981440
El Paso, TX  79998-1475

Humana
C/o Trover Solutions
PO Box 35367 Dept. 42929644
Louisille, KY  4032-5367

Illinois Nurses Association
Bank of America
PO Box 15019
Wilmington, DE  19850-5026

LA Fitness
1745 Route 59
Joliet, IL  60586

Midland Credit
8875 Aero Drive
Suite 200
San Diego, CA  92123

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA  92123

Midland Credit Management, Inc
PO Box 60578
Los Angeles, CA  90060-0510

Monarch Management, Inc.
PO Box 16119
Philadelphia, PA  19114-0589

Nelnet, Inc.
PO Box 2877
Omaha, NE  68103-2877

NES of Ohio
29125 Solon Road
Solon, OH  44139-3442

NIssan Motor Acceptance Corp.
PO Box 660685
Dallas, TX  75266-0685

Pierce & Associates
Attorneys at Law, Suite 1300
1 North Dearborn
Chicago, IL  60602

Robert G. Whitley, Jr.
15028 S. Des Plaines Street
Plainfield, IL  60544

Sears
PO Box 390846
Minneapolis, MN  55439

Southwest Credit
4120 International Parkway
Suite 1100
Carrolton, TX  75007-1958

Theodores Crossing Homeowners Associatio
C/O Property Specialists Inc.
5999 South New Wilke Road #108
Rolling Meadows, IL  60008

Wells Fargo Mortgage 1220 Fitzer
PO Box 5296
Carol Stream, IL  60197-5296

Weltman, Weinberh & Reis Co
Attorneys at Law
180 N. LaSalle St. Suite 2400
Chicago, IL  60601-2704

XYZ
PO Box 4668
#66587
New York, New York  10163-4668

Carrie M. Young
1220 Fitzer Dr.
Joliet, IL  60431

**Fill in this information to identify your case:**

Debtor 1    Carrie M. Young
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN    District of ILLINOIS

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | ER Nurse | |
| Employer's name | Advocate South Suburban | |
| Employer's address | 17800 S Kedzie Ave<br>Number    Street | Number    Street |
| | Hazel Crest    IL    60429<br>City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 5 years | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3826.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 3826.00 | $ 0.00 |

Debtor 1 ___Carrie M. Young_____  Case number *(if known)*_____
First Name    Middle Name    Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ........................................................... ➔ 4.    $ __3826.00__    $ __0.00__

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1042.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 155.07 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 523.94 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: __Uniforms__ | 5h. | + $ 9.43 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 1730.44   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2095.56   $ 0.00

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ 0.00   $ 0.00

8b. **Interest and dividends**    8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 580.00   $ 0.00

8d. **Unemployment compensation**    8d.   $ 0.00   $ 0.00

8e. **Social Security**    8e.   $ 370.00   $ 0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**    8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: __Contribution from DebtorMother__    8h.   + $ 370.00   + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 1405.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 3,500.56   +   $ 0.00   =   $ 3500.56

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ __0.00__

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 3500.56

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Debtor is receiving $580 per month from the father of her children. Debtor's daughter, Dazha, will turn age 18 and child support currently being paid will be reduced.

**Fill in this information to identify your case:**

| Debtor 1 | Carrie M. Young | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN   District of ILLINOIS

Case Number (if known) _____

# Form B 6I **Schedule I: Your Income** – **Continuation Page**

### All figures below are included in the total on Line 12 of Schedule I

1. **Additional employment information.**

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Occupation (2)** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| | **Number   Street** | **Number   Street** |
| | | |
| | | |
| | **City, State and Zip** | **City, State and Zip** |
| **How long employed there?** | | |
| **Occupation (3)** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| | **Number   Street** | **Number   Street** |
| | | |
| | | |
| | **City, State and Zip** | **City, State and Zip** |
| **How long employed there?** | | |

**5h.  Other deductions**

|  |  |  |  |
|---|---|---|---|
| Specify: | | | |
| Specify: | | | |

**8f.  Other government assistance that you regularly receive**

|  |  |  |  |
|---|---|---|---|
| Specify: | | | |
| Specify: | | | |

**8h.  Other monthly income**

|  |  |  |  |
|---|---|---|---|
| Specify: | Contribution from debtor's | 85.00 | 0.00 |
| Specify: | | | |

**11. Other regular contributions to the expenses that you list in Schedule J**

|  |  |  |  |
|---|---|---|---|
| Specify: | | | |
| Specify: | | | |

**Fill in this information to identify your case:**

| Debtor 1 | Carrie M. Young | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN | District of | ILLINOIS |
| Case Number (if known) | | | |

Form B 6J

# Schedule J: Your Expenses – Continuation Page

## All figures below are included in the total on Line 22 of Schedule J

| 2. Additional Dependents<br>Do not list Debtor 1 and Debtor 2.<br>Do not state the dependents' names. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐No<br>☐Yes |
| | _____ | _____ | ☐No<br>☐Yes |
| | _____ | _____ | ☐No<br>☐Yes |

|  |  | **Your Expenses** |
|---|---|---|
| **6d.** | **Other Utilities.** | |
| | Specify: ADT Security | $ 45.94 |
| | Specify: _____ | $ |
| **15d.** | **Other Insurance.** | |
| | Specify: Pet Insurance | $ 45.94 |
| | Specify: Mortgage Insurance | $ 81.50 |
| **16.** | **Taxes.** Do not included taxes deducted from your pay or included in Lines 4 or 20. | |
| | Specify: _____ | $ |
| | Specify: _____ | $ |
| **19.** | **Other payments you make to support others who do not live with you.** | |
| | Specify: _____ | $ |
| | Specify: _____ | $ |
| **21.** | **Other.** | |
| | Specify: School Loan | $ 125.00 |
| | Specify: Pet insurance | $ 42.95 |
| | Specify: _____ | $ |
| | Specify: _____ | $ |
| | Specify: _____ | $ |
| | Specify: _____ | $ |

**Fill in this information to identify your case:**

Debtor 1    Carrie M. Young
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 20 | ☐ No  ☑ Yes |
| daughter | 17 | ☐ No  ☑ Yes |
| daughter | 15 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2040.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 22.00 |

| Debtor 1 | Carrie M. Young | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $ 140.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $ 140.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 260.00 |
| | 6d.  Other. Specify: Gas | 6d. | $ 173.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 550.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 700.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ 158.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 8.99 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 30.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $ 38.30 |
| | 15b.  Health insurance | 15b. | $ 0.00 |
| | 15c.  Vehicle insurance | 15c. | $ 340.00 |
| | 15d.  Other insurance. Specify: Children Life Insurance | 15d. | $ 31.02 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $ 370.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ 253.00 |
| | 17c.  Other. Specify: | 17c. | $ 0.00 |
| | 17d.  Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I)** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.  Mortgages on other property | 20a. | $ 0.00 |
| | 20b.  Real estate taxes | 20b. | $ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1     Carrie M. Young

    First Name      Middle Name      Last Name

Case number *(if known)*_____

21.    **Other**. Specify: __Pet Maintenance_____     21.    **+**$_____35.00____

22.    **Your monthly expenses.** Add lines 4 through 21.
       The result is your monthly expenses.                                    22.    $_____6330.64____

23.    **Calculate your monthly net income.**

    23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____3500.56____

    23b.    Copy your monthly expenses from line 22 above.                     23b.    **—**$_____6330.64____

    23c.    Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.                       23c.    $_____-2830.08____

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: